UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12-cr-49 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| TYLER HAMILTON, | : | |
| Defendant. | : | |

**ORDER: (1) GRANTING THE MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT (DOC. 22); (2) VACATING AND CONTINUING THE PRESENT TRIAL DATE; AND (3) MAKING AN ENDS OF JUSTICE FINDING**

This criminal case is before the Court on Defense Counsel's Motion to Withdraw as the Attorney for Defendant, filed July 11, 2012. (Doc. 22). The Court held a hearing on the Motion to Withdraw in open court on July 12, 2012. The Court **GRANTED** the Motion on the record and **ORDERED** the appointment of new counsel for Defendant. The jury trial previously set to commence on July 16, 2012 is **VACATED** and trial in this case is **CONTINUED** to a date to be set at a pretrial conference on July 26, 2012 at 9:30 a.m. in Courtroom #4, following the appointment of new counsel for Defendant.

The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice are served by granting a continuance of the trial date, and that continuing trial outweighs the best interest of the public and the Defendant in a speedy trial. The Court makes this ends of justice finding because failure to continue the previously set trial date would deny Defendant reasonable time to obtain new defense counsel and would deny newly appointed defense counsel the reasonable time needed for effective preparation of this case, taking into account the exercise of due diligence. *See* 18

U.S.C. § 3161(h)(7).

Accordingly, the time between July 12, 2012 and the trial date to be set during a pretrial conference on July 26, 2012 shall be excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

**IT IS SO ORDERED.**

Date: 7/13/12

Timothy S. Black
United States District Judge