IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA, | ) | Case No. 3:12-CR-049-TSB |
|---|---|---|
| Plaintiff, | ) | Judge Timothy S. Black |
| v. | ) | |
| TYLER HAMILTON, | ) | |
| Defendant. | ) | |

## **ORDER**

This matter having come before the Court upon the Defendant's Motion for Access to Sealed Documents, and the Court having considered the record and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that counsel for Defendant's Motion for Access to Sealed Documents is GRANTED. Counsel for Defendant shall have access to the following items on the docket for this matter:

#67 – Sealed portion (10 pages) of transcript from Sentencing Hearing on 2/28/2013 before Judge Black;

**SO ORDERED** this ___13TH___ day of ___MAY___, 2013.

                                                  _____
Timothy S. Black, United States District Judge
Western Division at Dayton

This Instrument Prepared By:

Zachary K. Peterson (0089332)
40 W. Pike Street
Covington, KY 41011
Telephone: (859) 394-6200
Fax: (859) 392-7216
Email: zpeterson@aswdlaw.com

Attorney for Defendant